

KNIGHT & RYAN
Robert A. Ryan, Esq. #12084
robert@knightryan.com
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: (702) 462-6083
Facsimile: (702) 462-6084
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVETTE ARAUJO PRADA, individually;<br><br>Plaintiff,<br><br>vs.<br><br>HERNAN GONZALEZ, individually; Does I-X, and Roe Business Entities I-X;<br><br>Defendants. | Case No.:  2:22-cv-00502-CDS-NJK<br><br>**STIPULATION AND ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| HERNAN GONZALEZ, individually,<br><br>Counterclaimant,<br><br>vs.<br><br>IVETTE ARAUJO PRADA, individually,<br><br>Counterdefendant. | |

Pursuant to LR IA 6-2, and LR 16-5, Plaintiff/Counterdefendant, Ivette Araujo Prada ("Ms. Prada"), and Defendant/ Counterclaimant, Hernan Gonzalez ("Mr. Gonzalez"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On April 21, 2022, counsel for Ms. Prada and Mr. Gonzalez met to discuss a joint discovery plan and scheduling order in this case.

2. During this meeting, the parties discussed the possibility of scheduling a settlement conference through this Court's alternative dispute resolution process under LR 16-5.

3. The parties agreed that an early settlement conference would be of benefit to the parties and included a request for the scheduling of a settlement conference in their Stipulated Discovery Plan and Scheduling Order [ECF No. 15], filed on April 29, 2022. (*See* ECF No. 15 at 4:18-24.)

4. Since that time, the parties have further discussed the prospect and wish to schedule a settlement conference pursuant to LR 16-5 in this case

5. Based on their availability and the availability of their clients, the parties request that the Court issue an order setting a settlement conference at a date and time convenient for the Court **after July 28, 2022**.

| | |
|---|---|
| Dated this 1st day of July 2022. | Dated this 1st day of July 2022. |
| KNIGHT & RYAN | HOLLEY DRIGGS LTD. |
| By: /s/ Robert A. Ryan<br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>8880 W. Sunset Rd., Suite 130<br>Las Vegas, Nevada 89148 | By /s/ James D. Boyle<br>James D. Boyle, Esq.<br>Nevada Bar No. 8384<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff/Counterdefendant, Ivette Araujo Prada* | *Attorneys for Defendant/Counterclaimant, Hernan Gonzalez* |

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the Clerk's Office assign a different magistrate judge to conduct the settlement conference.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2022