**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVETTE ARAUJO PRADA, individually;<br><br>        Plaintiff,<br><br>vs.<br><br>HERNAN GONZALEZ, individually; Does I-X, and Roe Business Entities I-X;<br><br>        Defendants. | Case No.:   2:22-cv-00502-CDS-NJK<br><br><u>**ORDER TO EXTEND SCHEDULING ORDER DEADLINES**</u><br><br>**(FIRST REQUEST)** |
| HERNAN GONZALEZ, individually,<br><br>        Counterclaimant,<br><br>vs.<br><br>IVETTE ARAUJO PRADA, individually,<br><br>        Counterdefendant. | |

Pursuant to LR 7-1 and LR 26-3, Plaintiff/ Counterdefendant Ivette Araujo Prada ("Prada") by and through her attorneys of record, and Defendant/ Counterclaimant Hernan Gonzalez ("Gonzalez"), by and through his attorneys of record, herby stipulate and agree to extend the scheduling order deadlines in this case by sixty (60) days. This is the parties' first request for such an extension.

1  The parties further inform this matter is presently set for a settlement conference before
2  Magistrate Judge Elayna J. Youchah on September 29, 2022 (*see* ECF No. 23).

3  **I.**   **DISCOVERY COMPLETED TO DATE**

4  The parties have each provided initial witness and disclosure documents. Both sides have
5  propounded initial written discovery pursuant to Fed. R. Civ. P. 33 and 34, directed toward
6  obtaining relevant financial records and property-specific documentation. Both sides are in the
7  process of responding to the written discovery requests and compiling accounting documents.
8  Gonzalez's discovery responses are due by July 22, 2022; Prada's discovery responses are due by
9  July 29, 2022. Both sides have exchanged a proposed stipulated protective order in order to
10 facilitate the exchange of personal financial information.  Both sides have retained possible experts
11 to review financial records.

12 **II.**   **DISCOVERY THAT REMAINS TO BE COMPLETE**

13 Upon receipt of responses to the initial propounded written discovery, both parties
14 anticipate needing to serve additional and/or follow-up written discovery requests, including the
15 issuance of potential third party subpoenas. The parties also need to take the deposition of the other
16 party and the depositions of expert witnesses. The parties expect to disclose initial expert
17 accounting reports and rebuttal expert reports. The parties may need to take additional depositions
18 based on the documents and expert reports provided.

19 **III.**   **REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED**
20      **WITHIN THE TIME LIMITS SET BY THE CURRENT SCHEDULING ORDER**

21 Good cause exists to extend discovery as the parties are working towards exchanging
22 pertinent financial information in advance of the scheduled settlement conference. This case is
23 document-heavy and will require accounting experts. Gathering the necessary financial and
24 property-specific information has taken longer than anticipated, may require extensions of time to
25 respond to written discovery requests due to the volume of information needed by both sides, and

will require extensive efforts on the part of expert witnesses to prepare thorough accounting reports and analyses. Given the delays in receipt of the necessary financial documents, the parties retained experts need additional time to complete their respective expert reports.  These delays were not anticipated in time to move to extend the expert deadlines until after the 21-day window set forth in LR 26-3 passed. As such, the parties respectfully suggest that sufficient excusable neglect exists to warrant an extension of the initial expert deadline even though there are less than 21 days until the initial expert disclosure deadline. The parties have also stipulated to and obtained a settlement conference scheduled for September 29, 2022, which scheduling order issued on July 12, 2022. This is also only the parties' first request for an extension of the discovery deadlines.

Given the above issues, the parties agree that more time is needed to gather pertinent financial information and prepare expert reports in anticipation of the upcoming settlement conference. The parties also seek to extend out discovery to permit additional time for depositions, if needed, following the settlement conference.

IV.     **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Initial Expert Disclosures | July 29, 2022 | **September 28, 2022** |
| Rebuttal Expert Disclosures | August 29, 2022 | **October 28, 2022** |
| Discovery Cut-Off | September 27, 2022 | **November 28, 2022** |
| Dispositive Motions | October 27, 2022 | **December 28, 2022** |
| Pre-Trial Order | November 28, 2022 | **January 27, 2023** |

…

…

…

1    This stipulation is filed in good faith and not for any dilatory or other improper purpose.

2  The Parties will not suffer any prejudice if the Court permits the requested extension of time. This

3  is the first request to extend the discovery deadlines. Based upon the foregoing, and for good cause

4  shown, the Parties respectfully request that this Court enter an Order extending the discovery

5  deadlines as set forth hereinabove.

6    IT IS SO STIPULATED.

7  Dated this 20th day of July 2022.        Dated this 20th day of July 2022.

8  KNIGHT & RYAN                            HOLLEY DRIGGS LTD.

9  By: /s/ Robert A. Ryan                   By: /s/ James D. Boyle
       Robert A. Ryan, Esq.                     James D. Boyle, Esq.
10     Nevada Bar No. 12084                      Nevada Bar No. 8384
       8880 W. Sunset Rd., Suite 130             400 South Fourth Street, Third Floor
11     Las Vegas, Nevada 89148                   Las Vegas, Nevada 89101

12 *Attorneys for Plaintiff/Counterdefendant,*   *Attorneys for Defendant/Counterclaimant,*
   *Ivette Araujo Prada*                         *Hernan Gonzalez*

13

14                                          **IT IS SO ORDERED.**

15

16  _____

17                                          UNITED STATES MAGISTRATE JUDGE

18                                          DATED: July 21, 2022

19

20

21

22

23

24

25