JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
BRANDEN D. JUNG, ESQ.
Nevada Bar No. 14067
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorneys for Defendant and Counterclaimant*
 *Hernan Gonzalez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVETTE ARAUJO PRADA, an individual and resident of the State of Florida,<br><br>Plaintiff,<br><br>v.<br><br>HERNAN GONZALEZ, an individual and resident of the State of California; DOES I – X; and ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | CASE NO.:   2:22-cv-00502-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS**<br><br>**(FIRST REQUEST)**<br><br>Requested Due Date: September 23, 2022 at 3:00 p.m.<br><br>Judge:  Honorable Elayna Youchah |
| HERNAN GONZALEZ, an individual and resident of the State of California,<br><br>Counterclaimant,<br><br>v.<br><br>IVETTE ARAUJO PRADA, an individual and resident of the State of Florida,<br><br>Counter-Defendant. | |

Pursuant to LR IA 6-1, Defendant/Counterclaimant Hernan Gonzalez ("Gonzalez"), by and through his attorneys of record and Plaintiff/Counterdefendant Ivette Araujo Prada ("Prada") by and through her attorneys of record, hereby stipulate and agree to extend the deadline to submit confidential settlement conference statements in this case by 24 hours. This is the parties' first request for such an extension.

- 1 -

14868-01/2836138.docx

Pursuant to the Court's Settlement Conference Order entered July 12, 2022, the deadline for the parties to submit confidential settlement statements in this matter is presently set as September 22, 2022, at 3:00 p.m. (*see* ECF No. 23). Due to an inadvertent clerical error, counsel for Mr. Gonzalez misrecorded and misunderstood the deadline for confidential settlement statements as September 23, 2022. Accordingly, the parties stipulate in good faith to extend the deadlines for their confidential settlement statements to **September 23, 2022, at 3:00 p.m**.

This stipulation is filed in good faith and not for any dilatory or other improper purposes. The Parties will not suffer any prejudice if the Court permits the requested extension of time. This is the first request to extend the time to submit confidential settlement statements. Based upon the foregoing, and for good cause shown, the Parties respectfully request that this Court enter an Order extending deadline for confidential settlement statements as set forth above.

IT IS SO STIPULATED.

Dated this 22nd day of September 2022.

Knight & Ryan

By: /s/ Robert A. Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

*Attorneys for Plaintiff/Counterdefendant, Ivette Araujo Prada*

Dated this 22nd day of September 2022.

Holley Driggs Ltd.

By: /s/ Branden D. Jung
James D. Boyle, Esq.
Nevada Bar No. 8384
Branden D. Jung, Esq.
Nevada Bar No. 14067
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendant/Counterclaimant, Hernan Gonzalez*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2022

- 2 -

14868-01/2836138.docx