```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

Ivette Araujo Prada,            )
                                )  Case No. 2:22-cv-00502-CDS-NJK
              Plaintiff,        )
        vs.                     )  ORDER TEMPORARILY
                                )  UNSEALING NOTES
Hernan Gonzalez,                )
                                )
              Defendant.        )

On Friday, September 30, 2022, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Settlement Conference proceeding, held on September 29, 2022, from James D. Boyle, Esq., in which the proceeding was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by James D. Boyle, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this __30th__ day of __September__, 2022.

_____
Elayna Youchah
United States Magistrate Judge