JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
BRANDEN D. JUNG, ESQ.
Nevada Bar No. 14067
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorneys for Defendant and Counterclaimant*
 *Hernan Gonzalez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVETTE ARAUJO PRADA, an individual and resident of the State of Florida, | CASE NO.:   2:22-cv-00502-CDS-NJK |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| v. | |
| HERNAN GONZALEZ, an individual and resident of the State of California; DOES I – X; and ROE BUSINESS ENTITIES I-X, | |
| Defendants. | |
| HERNAN GONZALEZ, an individual and resident of the State of California, | |
| Counterclaimant, | |
| v. | |
| IVETTE ARAUJO PRADA, an individual and resident of the State of Florida, | |
| Counter-Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a Settlement Agreement and Mutual Release, Plaintiff and Counter-Defendant Ivette Araujo Prada ("Prada"), by and through her undersigned counsel of record, and Defendant and Counterclaimant Hernan Gonzalez ("Gonzalez"), by and through his undersigned counsel of record, hereby stipulate and agree to a dismissal of all claims, counterclaims, and affirmative defenses made in this action, with prejudice. Prada and Gonzalez further stipulate and agree that the Order Regarding Management of Income From Certain Properties dated May 13, 2022 (ECF No. 19) shall hereby deemed vacated *in toto*.

- 1 -

Prada and Gonzalez are individually responsible for her and his own respective attorneys' fees and costs incurred herein.

IT IS SO STIPULATED AND AGREED.

Dated this 16th day of December, 2022.

**KNIGHT & RYAN PLLC**

By: /s/ Robert A. Ryan
Robert A. Ryan, Esq.
Nevada Bar No. 12084
8880 W. Sunset Rd., Suite 130
Las Vegas, Nevada 89148

*Attorneys for Plaintiff/Counter-Defendant Ivette Araujo Prada*

Dated this 16th day of December, 2022.

**HOLLEY DRIGGS LTD.**

By: /s/ James D. Boyle
James D. Boyle, Esq.
Nevada Bar No. 08384
Branden D. Jung, Esq.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendant/Counterclaimant Hernan Gonzalez*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 16, 2022

- 2 -

14868-01/2873102.docx